Joseph Lee McFADDEN,
Plaintiff–Appellant,

v.

John C. JEPERTINGER,
Defendant–Appellee.

No. 13–6920.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 18, 2013.
Decided: July 23, 2013.

Joseph Lee McFadden, Appellant, pro se.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Lee McFadden appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McFadden v. Jepertinger,* No. 4:13–cv–00622–MGL, 2013 WL 2317201 (D.S.C. May 28, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*